Composite Exhibit 1

# United States Patent Office

983,624
Registered May 14, 1974

## PRINCIPAL REGISTER
### Trademark

Ser. No. 427,008, filed June 12, 1972

# THE NORTH FACE

The North Face (California corporation)
1234 5th St.
Berkeley Calif.  94710

For: BACKPACKS, in CLASS 3 (INT. CL. 22).

For: SLEEPING BAGS, TENTS, SNOWSHOES, AND SKIS, in CLASS 22 (INT. CL. 28).

For: CAMPING CLOTHING—NAMELY, RAIN-WEAR, PARKAS, VESTS, TROUSERS, SHOES, GLOVES AND HEADGEAR—in CLASS 39 (INT. CL. 25).

First use June 1968; in commerce Mar. 10, 1969.



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Wed Aug 1 05:21:02 EDT 2018*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# Typed Drawing

| | |
|---|---|
| **Word Mark** | THE NORTH FACE |
| **Goods and Services** | IC 022. US 003. G & S: BACKPACKS. FIRST USE: 19680600. FIRST USE IN COMMERCE: 19690310 |
| | IC 028. US 022. G & S: SLEEPING BAGS, TENTS, SNOWSHOES, AND SKIS. FIRST USE: 19680600. FIRST USE IN COMMERCE: 19690310 |
| | IC 025. US 039. G & S: CAMPING CLOTHING-NAMELY, RAINWEAR, PARKAS, VESTS, TROUSERS, SHOES, GLOVES AND HEADGAR. FIRST USE: 19680600. FIRST USE IN COMMERCE: 19690310 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 72427008 |
| **Filing Date** | June 12, 1972 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | **0983624** |
| **Registration Date** | May 14, 1974 |
| **Owner** | (REGISTRANT) NORTH FACE, THE CORPORATION CALIFORNIA 999 HARRISON STREET BERKELEY CALIFORNIA 94704 |
| | (LAST LISTED OWNER) North Face Apparel Corp., The CORPORATION DELAWARE 3411 Silverside Rd. Wilmington DELAWARE 19810 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |

Trademark Electronic Search System (TESS)

| | |
|---|---|
| **Attorney of Record** | Christine M. Hernandez |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20140509. |
| **Renewal** | 3RD RENEWAL 20140509 |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



## United States Patent and Trademark Office

**Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help**



**Assignments on the Web** > Trademark Query

# Trademark Assignment Abstract of Title

## Total Assignments: 12

| | | | |
|---|---|---|---|
| **Serial #:** 72427008 | **Filing Dt:** 06/12/1972 | **Reg #:** 983624 | **Reg. Dt:** 05/14/1974 |
| **Registrant:** NORTH FACE, THE | | | |
| **Mark:** THE NORTH FACE | | | |

### Assignment: 1

| | | |
|---|---|---|
| **Reel/Frame:** 0538/0120 | **Recorded:** 09/15/1986 | **Pages:** 8 |

**Conveyance:** ASSIGNOR HEREBY GRANTS A SECURITY INTEREST (SEE RECORD FOR DETAILS RECITED)

**Assignor:** NORTH FACE,THE

**Exec Dt:** 09/03/1986
**Entity Type:** UNKNOWN
**Citizenship:** NONE

**Assignee:** BANK OF AMERICA TRUST AND SAVINGS ASSOCIATION

**Entity Type:** A NATIONAL BANKING ASSOCIATION
**Citizenship:** NONE

**Correspondent:** BANK OF AMERICA
BAY AREA SPECIAL CREDIT #1415
4TH FLOOR, 900 LAFAYETTE ST.
SANTA CLARA, CA 95050

### Assignment: 2

| | | |
|---|---|---|
| **Reel/Frame:** 0567/0218 | **Recorded:** 04/24/1987 | **Pages:** 14 |

**Conveyance:** RELEASE BY SECURED PARTY

**Assignor:** BANK OF AMERICA TRUS AND SAVINGS ASSOCIATION

**Exec Dt:** 06/17/1987
**Entity Type:** A NATIONAL BANKING ASSOCIATION
**Citizenship:** NONE

**Assignee:** NORTH FACE, THE
999 HARRISON ST.
BERKELEY, CALIFORNIA 94710

**Entity Type:** UNKNOWN
**Citizenship:** NONE

**Correspondent:** THE NORTH FACE
999 HARRISON ST.
BERKELEY, CA 94710

### Assignment: 3

| | | |
|---|---|---|
| **Reel/Frame:** 0649/0800 | **Recorded:** 12/23/1988 | **Pages:** 0 |

**Conveyance:** LICENSE

**Assignor:** MERCANTILE BUSINESS CREDIT, INC.

**Exec Dt:** 12/01/1988

|  |  | **Entity Type:** CORPORATION |
|---|---|---|
|  |  | **Citizenship:** MISSOURI |
| **Assignee:** | NORTH FACE, THE | **Entity Type:** CORPORATION |
|  |  | **Citizenship:** CALIFORNIA |
|  | 999 HARRISON STREET |  |
|  | BERKELEY, CALIFORNIA 94710 |  |
| **Correspondent:** | SPECIALIZED PATENT SERVICES |  |
|  | SUITE 502 |  |
|  | 2001 JEFFERSON DAVIS HIGHWAY |  |
|  | ARLINGTON, VA 22202 |  |

## Assignment: 4

| **Reel/Frame:** 0829/0135 | **Recorded:** 10/22/1991 | **Pages:** 34 |
|---|---|---|
| **Conveyance:** SECURITY INTEREST | | |

| **Assignor:** | NORTH FACE, THE | **Exec Dt:** 10/14/1991 |
|---|---|---|
|  |  | **Entity Type:** CORPORATION |
|  |  | **Citizenship:** CALIFORNIA |
| **Assignee:** | MANUFACTURERS HANOVER TRUST COMPANY | **Entity Type:** AS U.S. SECURITY TRUSTEE |
|  |  | **Citizenship:** NONE |
| **Correspondent:** | MILBANK TWEED HADLEY & MCCLOY |  |
|  | THIRTIETH FLOOR |  |
|  | 601 SOUTH FIGUEROA STREET |  |
|  | LOS ANGELES, CA 90017 |  |

## Assignment: 5

| **Reel/Frame:** 0821/0879 | **Recorded:** 10/23/1991 | **Pages:** 15 |
|---|---|---|
| **Conveyance:** RELEASE BY SECURED PARTY | | |

| **Assignor:** | MERCANTILE BUSINESS CREDIT INC. | **Exec Dt:** 10/17/1991 |
|---|---|---|
|  |  | **Entity Type:** CORPORATION |
|  |  | **Citizenship:** MISSOURI |
| **Assignee:** | NORTH FACE, THE | **Entity Type:** CORPORATION |
|  |  | **Citizenship:** CALIFORNIA |
| **Correspondent:** | GIBSON, DUNN & CRUTCHER |  |
|  | LAWYERS |  |
|  | ONE MONTGOMERY STREET |  |
|  | TELESIS TOWER |  |
|  | SAN FRANCISCO, CALIFORNIA 94104-4505 |  |

## Assignment: 6

| **Reel/Frame:** 1163/0321 | **Recorded:** 06/07/1994 | **Pages:** 5 |
|---|---|---|
| **Conveyance:** ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL | | |

| **Assignor:** | NORTH FACE, THE | **Exec Dt:** 06/04/1994 |
|---|---|---|
|  |  | **Entity Type:** CORPORATION |
|  |  | **Citizenship:** CALIFORNIA |
| **Assignee:** | TNF HOLDINGS COMPANY, INC. | **Entity Type:** CORPORATION |
|  |  | **Citizenship:** DELAWARE |
|  | 999 HARRISON BERKELEY, CA 94710 |  |

Correspondent: LIMBACH & LIMBACH

DEBORAH BAILEY-WELLS, ESQ.

2001 FERRY BUILDING

SAN FRANCISCO, CA 94111

## Assignment: 7

| | | | |
|---|---|---|---|
| **Reel/Frame:** 1165/0051 | **Recorded:** 06/07/1994 | | **Pages:** 23 |
| **Conveyance:** SECURITY INTEREST | | | |
| **Assignor:** TNF HOLDINGS COMPANY, INC. | | **Exec Dt:** 06/04/1994 | |
| | | **Entity Type:** CORPORATION | |
| | | **Citizenship:** DELAWARE | |
| **Assignee:** HELLER FINANCIAL, INC. | | **Entity Type:** CORPORATION | |
| 101 PARK AVENUE | | **Citizenship:** DELAWARE | |
| NEW YORK, NEW YORK 10178 | | | |

Correspondent: LIMBACH & LIMBACH

DEBORAH BAILEY-WELLS, ESQ.

2001 FERRY BUILDING

SAN FRANCISCO, CA 94111

## Assignment: 8

| | | | |
|---|---|---|---|
| **Reel/Frame:** 1176/0345 | **Recorded:** 07/05/1994 | | **Pages:** 4 |
| **Conveyance:** CHANGE OF NAME (SEE DOCUMENT FOR DETAILS.) | | | |
| **Assignor:** TNF HOLDINGS COMPANY, INC. | | **Exec Dt:** 06/08/1994 | |
| | | **Entity Type:** CORPORATION | |
| | | **Citizenship:** DELAWARE | |
| **Assignee:** NORTH FACE, INC., THE | | **Entity Type:** CORPORATION | |
| 999 HARRISON STREET | | **Citizenship:** DELAWARE | |
| BERKELEY, CALIFORNIA 94710 | | | |

Correspondent: CROSBY, HEAFEY, ROACH & MAY

MALCOLM B. WITTENBERG

P.O. BOX 2084

OAKLAND, CA 94604-2084

## Assignment: 9

| | | | |
|---|---|---|---|
| **Reel/Frame:** 1321/0482 | **Recorded:** 04/07/1995 | | **Pages:** 21 |
| **Conveyance:** SECURITY INTEREST | | | |
| **Assignor:** NORTH FACE, INC., THE | | **Exec Dt:** 03/07/1995 | |
| | | **Entity Type:** CORPORATION | |
| | | **Citizenship:** DELAWARE | |
| **Assignee:** HELLER FINANCIAL, INC., AS AGENT | | **Entity Type:** CORPORATION | |
| 101 PARK AVENUE NEW YORK, NY 10178 | | **Citizenship:** DELAWARE | |

Correspondent: MARY B. RUHL

LATHAM & WATKINS

633 W. FIFTH STREET, SUITE 4000

LOS ANGELES, CA 90071

## Assignment: 10

| | | | |
|---|---|---|---|
| **Reel/Frame:** | 1794/0678 | **Recorded:** 09/09/1998 | **Pages:** 3 |
| **Conveyance:** | RELEASE OF LIEN | | |
| **Assignor:** | HELLER FINANCIAL, INC. | **Exec Dt:** 09/02/1998 | |
| | | **Entity Type:** CORPORATION | |
| | | **Citizenship:** NONE | |
| **Assignee:** | NORTH FACE, INC., THE | **Entity Type:** CORPORATION | |
| | 2013 FARALLON DRIVE | **Citizenship:** NONE | |
| | SAN LEANDRO, CALIFORNIA 94577 | | |
| **Correspondent:** | PATRICIA DEL RIO, LA | | |
| | CLIFFORD CHANCE | | |
| | 1 NEW YORK PLAZA | | |
| | NEW YORK, NY 10004 | | |

## Assignment: 11

| | | | |
|---|---|---|---|
| **Reel/Frame:** | 1794/0681 | **Recorded:** 09/09/1998 | **Pages:** 6 |
| **Conveyance:** | SUPPLEMENT TO SECURITY AGREEMENT | | |
| **Assignor:** | NORTH FACE, INC., THE | **Exec Dt:** 09/02/1998 | |
| | | **Entity Type:** UNKNOWN | |
| | | **Citizenship:** CALIFORNIA | |
| **Assignee:** | IBJ SCHRODER BUSINESS CREDIT CORPORATION | **Entity Type:** CORPORATION | |
| | ONE STATE STREET | **Citizenship:** NEW YORK | |
| | NEW YORK, NEW YORK 10004 | | |
| **Correspondent:** | CLIFFORD CHANCE | | |
| | PATRICIA DEL RIO, LA | | |
| | 1 NEW YORK PLAZA | | |
| | NEW YORK, NEW YORK 10004 | | |

## Assignment: 12

| | | | |
|---|---|---|---|
| **Reel/Frame:** | 2662/0723 | **Recorded:** 01/30/2003 | **Pages:** 6 |
| **Conveyance:** | ASSIGNS THE ENTIRE INTEREST | | |
| **Assignor:** | NORTH FACE, INC., THE | **Exec Dt:** 01/03/2003 | |
| | | **Entity Type:** CORPORATION | |
| | | **Citizenship:** NONE | |
| **Assignee:** | NORTH FACE APPAREL CORP., THE | **Entity Type:** CORPORATION | |
| | 3411 SILVERSIDE ROAD | **Citizenship:** DELAWARE | |
| | 201 BAYNARD BUILDING | | |
| | WILMINGTON, DELAWARE 19810 | | |
| **Correspondent:** | THE H.D. LEE COMPANY, INC. | | |
| | HELEN L. WINSLOW | | |
| | 3411 SILVERSIDE ROAD | | |
| | 201 BAYNARD BUILDING | | |

WILMINGTON, DE 19810

Search Results as of: 08/01/2018 02:01 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| HOME | INDEX | SEARCH | *e*BUSINESS | CONTACT US | PRIVACY STATEMENT

**From:** TMOfficialNotices@USPTO.GOV
**Sent:** Friday, May 9, 2014 11:01 PM
**To:** turkc@vfc.com
**Subject:** Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 0983624: THE NORTH FACE

**Serial Number:** 72427008
**Registration Number:** 0983624
**Registration Date:** May 14, 1974
**Mark:** THE NORTH FACE
**Owner:** North Face Apparel Corp., The

May 9, 2014

### NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.  **The Section 8 declaration is accepted.**

### NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059.  **The registration is renewed.**

**The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.**

**Class(es):**
003, 022, 039

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*The USPTO WILL NOT SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE REGISTRANT SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To view this notice and other documents for this application on-line, go to http://tdr.uspto.gov/search.action?sn=72427008.  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

For assistance with TSDR, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**Processing Wait Times:** Please note that due to an extraordinary surge in applications, processing times are longer than usual. See **current trademark processing wait times** for more information.

STATUS    DOCUMENTS    MAINTENANCE                    Back to Search        Print

| Generated on: | This page was generated by TSDR on 2021-12-02 10:03:12 EST |
| --- | --- |
| Mark: | THE NORTH FACE |

No Image exists for this case.

| US Serial Number: | 72427008 | Application Filing Date: | Jun. 12, 1972 |
| --- | --- | --- | --- |
| US Registration Number: | 983624 | Registration Date: | May 14, 1974 |
| Register: | Principal | | |
| Mark Type: | Trademark | | |



| TM5 Common Status Descriptor: | LIVE/REGISTRATION/Issued and Active |
| --- | --- |
| | The trademark application has been registered with the Offic |
| Status: | The registration has been renewed. |
| Status Date: | May 09, 2014 |

## Mark Information

## Goods and Services

**Note:**

The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| For: | BACKPACKS | | |
| --- | --- | --- | --- |
| International Class(es): | 022 | U.S Class(es): | 003 - Primary Class |
| Class Status: | ACTIVE | | |
| Basis: | 1(a) | | |
| First Use: | Jun. 1968 | Use in Commerce: | Mar. 10, 1969 |

| For: | SLEEPING BAGS, TENTS, SNOWSHOES, AND SKIS | | |
| --- | --- | --- | --- |
| International Class(es): | 028 | U.S Class(es): | 022 - Pri |
| Class Status: | ACTIVE | | |
| Basis: | 1(a) | | |

Privacy - Terms

| | | | |
|---|---|---|---|
| **First Use:** | Jun. 1968 | **Use in Commerce:** | Mar. 10, 1969 |

| | |
|---|---|
| **For:** | CAMPING CLOTHING-NAMELY, RAINWEAR, PARKAS, VESTS, TROUSERS, SHOES, GLOVES AND HE |
| **International Class(es):** | 025 | **U.S Class(es):** | 039 - Primary Class |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Jun. 1968 | **Use in Commerce:** | Mar. 10, 1969 |

## Basis Information (Case Level)

## Current Owner(s) Information

## Attorney/Correspondence Information

## Prosecution History

## TM Staff and Location Information

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

Privacy - Terms

Int. Cls.: **18, 20, 22 and 25**

Prior U.S. Cls.: **3, 22 and 39**

**United States Patent and Trademark Office**

New Cert.

Reg. No. 1,030,071

Registered Jan. 13, 1976

OG Date June 7, 2005

### TRADEMARK
### PRINCIPAL REGISTER
### REGISTRATION ASSIGNED



NORTH FACE APPAREL CORP., THE (DELAWARE CORPORATION)
3411 SILVERSIDE ROAD
201 BAYNARD BUILDING
WILMINGTON, DE 19810

FOR: BACKPACKS, IN CLASS 18 (U.S. CL. 3).

FIRST USE 6-0-1968; IN COMMERCE 3-10-1969.

FOR: SLEEPING BAGS, IN CLASS 20 (U.S. CL. 22).

FIRST USE 6-0-1968; IN COMMERCE 3-10-1969.

FOR: TENTS, IN CLASS 22 (U.S. CL. 22).

FIRST USE 6-0-1968; IN COMMERCE 3-10-1969.

FOR: CAMPING CLOTHING—NAMELY, RAINWEAR, PARKAS, VESTS, TROUSERS, SHOES, GLOVES, HEADGEAR AND SNOWSHOES, IN CLASS 25 (U.S. CL. 39).

FIRST USE 6-0-1968; IN COMMERCE 3-10-1969.

SER. NO. 73-019,714, FILED 4-25-1974.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on June 7, 2005.*

**DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE**

**Int. Cl.: 18, 20, 22, 25**

**Prior U.S. Cl.: 3, 22, 39**

**United States Patent Office**

**Reg. No. 1,030,071**

Registered Jan. 13, 1976

# TRADEMARK
## Principal Register



The North Face (California corporation)
1234 5th St.
Berkeley, Calif.   94710

For: BACKPACKS, in CLASS 18 (U.S. CL. 3).

For: SLEEPING BAGS, in CLASS 20 (U.S. CL. 22).

For: TENTS, in CLASS 22 (U.S. CL. 22).

For: CAMPING CLOTHING—N A M E L Y, RAIN-WEAR, PARKAS, VESTS, T R O U S E R S, SHOES, GLOVES, HEADGEAR AND S N O W S H O E S—in CLASS 25 (U.S. CL. 39).

First use June 1968; in commerce Mar. 10, 1969.

Ser. No. 19,714, filed Apr. 25, 1974.

M. J. LEAHY, Examiner

Int. Cls.: 18, 20, 22 and 25

Prior U.S. Cls.: 3, 22 and 39

Reg. No. 1,030,071

**United States Patent and Trademark Office**

Registered Jan. 13, 1976

10 Year Renewal

Renewal Term Begins Jan. 13, 1996

# TRADEMARK
## PRINCIPAL REGISTER



NORTH FACE, INC., THE (DELAWARE CORPORATION)
2013 FARALLON DRIVE
SAN LEANDRO, CA 94577, BY ASSIGN-MENT AND CHANGE OF NAME FROM NORTH FACE, THE (CALIFOR-NIA CORPORATION) BERKELEY, CA

FOR: BACKPACKS, IN CLASS 18 (U.S. CL. 3).

FIRST USE 6-0-1969; IN COMMERCE 3-10-1969.

FOR: SLEEPING BAGS, IN CLASS 20 (U.S. CL. 22).

FIRST USE 6-0-1968; IN COMMERCE 3-10-1969.

FOR: TENTS, IN CLASS 22 (U.S. CL. 22).

FIRST USE 6-0-1968; IN COMMERCE 3-10-1969.

FOR: CAMPING CLOTHING—NAMELY, RAINWEAR, PARKAS, VESTS, TROUSERS, SHOES, GLOVES, HEADGEAR AND SNOWSHOES, IN CLASS 25 (U.S. CL. 39).

FIRST USE 6-0-1968; IN COMMERCE 3-10-1969.

SER. NO. 73–019,714, FILED 4–25–1974.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Apr. 9, 1996.*

COMMISSIONER OF PATENTS AND TRADEMARKS



### United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Aug 1 05:21:02 EDT 2018*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Goods and Services** | IC 018. US 003. G & S: BACKPACKS. FIRST USE: 19680600. FIRST USE IN COMMERCE: 19690310 |
| | IC 020. US 022. G & S: SLEEPING BAGS. FIRST USE: 19680600. FIRST USE IN COMMERCE: 19690310 |
| | IC 022. US 022. G & S: TENTS. FIRST USE: 19680600. FIRST USE IN COMMERCE: 19690310 |
| | IC 025. US 039. G & S: CAMPING CLOTHING-NAMELY, RAINWEAR, PARKAS, VESTS, TROUSERS, SHOES, GLOVES, HEADGEAR AND SNOWSHOES. FIRST USE: 19680600. FIRST USE IN COMMERCE: 19690310 |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 26.05.12 - Triangles with bars, bands and lines<br>26.05.21 - Triangles that are completely or partially shaded<br>26.05.25 - Triangles with one or more curved sides |
| **Serial Number** | 73019714 |
| **Filing Date** | April 25, 1974 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration** | |

| | |
|---|---|
| **Number** | 1030071 |
| **Registration Date** | January 13, 1976 |
| **Owner** | (REGISTRANT) NORTH FACE, THE CORPORATION CALIFORNIA 1234 5TH ST. BERKELEY CALIFORNIA 94710 |
| | (LAST LISTED OWNER) NORTH FACE APPAREL CORP., THE CORPORATION DELAWARE Suite 200, Hanby Building 3411 Silverside Road WILMINGTON DELAWARE 19810 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20161102. |
| **Renewal** | 3RD RENEWAL 20161102 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY |



# United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 11**

| | | |
|---|---|---|
| **Serial #:** 73019714 | **Filing Dt:** 04/25/1974 | **Reg #:** 1030071 | **Reg. Dt:** 01/13/1976 |

**Registrant:** NORTH FACE, THE

**Mark:**

## Assignment: 1

**Reel/Frame:** 0538/0120          **Recorded:** 09/15/1986          **Pages:** 8

**Conveyance:** ASSIGNOR HEREBY GRANTS A SECURITY INTEREST (SEE RECORD FOR DETAILS RECITED)

**Assignor:** NORTH FACE,THE                          **Exec Dt:** 09/03/1986

**Entity Type:** UNKNOWN

**Citizenship:** NONE

**Assignee:** BANK OF AMERICA TRUST AND SAVINGS ASSOCIATION          **Entity Type:** A NATIONAL BANKING ASSOCIATION

**Citizenship:** NONE

**Correspondent:** BANK OF AMERICA

BAY AREA SPECIAL CREDIT #1415

4TH FLOOR, 900 LAFAYETTE ST.

SANTA CLARA, CA 95050

## Assignment: 2

**Reel/Frame:** 0567/0218          **Recorded:** 04/24/1987          **Pages:** 14

**Conveyance:** RELEASE BY SECURED PARTY

**Assignor:** BANK OF AMERICA TRUS AND SAVINGS ASSOCIATION          **Exec Dt:** 06/17/1987

**Entity Type:** A NATIONAL BANKING ASSOCIATION

**Citizenship:** NONE

**Assignee:** NORTH FACE, THE                          **Entity Type:** UNKNOWN

999 HARRISON ST.                          **Citizenship:** NONE

BERKELEY, CALIFORNIA 94710

**Correspondent:** THE NORTH FACE

999 HARRISON ST.

BERKELEY, CA 94710

## Assignment: 3

**Reel/Frame:** 0649/0800          **Recorded:** 12/23/1988          **Pages:** 0

**Conveyance:** LICENSE

**Assignor:** MERCANTILE BUSINESS CREDIT, INC.          **Exec Dt:** 12/01/1988

|  |  | **Entity Type:** CORPORATION |
|---|---|---|
|  |  | **Citizenship:** MISSOURI |
| **Assignee:** | NORTH FACE, THE | **Entity Type:** CORPORATION |
|  |  | **Citizenship:** CALIFORNIA |
|  | 999 HARRISON STREET |  |
|  | BERKELEY, CALIFORNIA 94710 |  |
| **Correspondent:** | SPECIALIZED PATENT SERVICES |  |
|  | SUITE 502 |  |
|  | 2001 JEFFERSON DAVIS HIGHWAY |  |
|  | ARLINGTON, VA 22202 |  |

## Assignment: 4

| **Reel/Frame:** 0821/0879 | **Recorded:** 10/23/1991 | **Pages:** 15 |
|---|---|---|

**Conveyance:** RELEASE BY SECURED PARTY

|  |  |  |
|---|---|---|
| **Assignor:** | MERCANTILE BUSINESS CREDIT INC. | **Exec Dt:** 10/17/1991 |
|  |  | **Entity Type:** CORPORATION |
|  |  | **Citizenship:** MISSOURI |
| **Assignee:** | NORTH FACE, THE | **Entity Type:** CORPORATION |
|  |  | **Citizenship:** CALIFORNIA |
| **Correspondent:** | GIBSON, DUNN & CRUTCHER |  |
|  | LAWYERS |  |
|  | ONE MONTGOMERY STREET |  |
|  | TELESIS TOWER |  |
|  | SAN FRANCISCO, CALIFORNIA 94104-4505 |  |

## Assignment: 5

| **Reel/Frame:** 1163/0321 | **Recorded:** 06/07/1994 | **Pages:** 5 |
|---|---|---|

**Conveyance:** ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL

|  |  |  |
|---|---|---|
| **Assignor:** | NORTH FACE, THE | **Exec Dt:** 06/04/1994 |
|  |  | **Entity Type:** CORPORATION |
|  |  | **Citizenship:** CALIFORNIA |
| **Assignee:** | TNF HOLDINGS COMPANY, INC. | **Entity Type:** CORPORATION |
|  | 999 HARRISON BERKELEY, CA 94710 | **Citizenship:** DELAWARE |
| **Correspondent:** | LIMBACH & LIMBACH |  |
|  | DEBORAH BAILEY-WELLS, ESQ. |  |
|  | 2001 FERRY BUILDING |  |
|  | SAN FRANCISCO, CA 94111 |  |

## Assignment: 6

| **Reel/Frame:** 1165/0051 | **Recorded:** 06/07/1994 | **Pages:** 23 |
|---|---|---|

**Conveyance:** SECURITY INTEREST

|  |  |  |
|---|---|---|
| **Assignor:** | TNF HOLDINGS COMPANY, INC. | **Exec Dt:** 06/04/1994 |
|  |  | **Entity Type:** CORPORATION |
|  |  | **Citizenship:** DELAWARE |
| **Assignee:** | HELLER FINANCIAL, INC. | **Entity Type:** CORPORATION |
|  | 101 PARK AVENUE | **Citizenship:** DELAWARE |

NEW YORK, NEW YORK 10178

**Correspondent:** LIMBACH & LIMBACH

DEBORAH BAILEY-WELLS, ESQ.

2001 FERRY BUILDING

SAN FRANCISCO, CA 94111

## Assignment: 7

| | | |
|---|---|---|
| **Reel/Frame:** 1274/0272 | **Recorded:** 01/09/1995 | **Pages:** 6 |

**Conveyance:** CORRECTIVE ASSIGNMENT TO CORRECT THE REGISTRATION NUMBERS 1,050,737 AND 1,030,071 PREVIOUSLY RECORDED ON REEL 1163, FRAME 321.

| | |
|---|---|
| **Assignor:** NORTH FACE, THE | **Exec Dt:** 06/04/1994 |
| | **Entity Type:** CORPORATION |
| | **Citizenship:** CALIFORNIA |
| **Assignee:** TNF HOLDINGS COMPANY, INC. | **Entity Type:** CORPORATION |
| 999 HARRISON STREET | **Citizenship:** DELAWARE |
| BERKELEY, CALIFORNIA 94710 | |

**Correspondent:** MALCOLM B. WITTENBERG

CROSBY, HEAFEY, ROACH & MAY

1999 HARRISON STREET

P.O. BOX 2084

OAKLAND, CA 94604-2084

## Assignment: 8

| | | |
|---|---|---|
| **Reel/Frame:** 1176/0345 | **Recorded:** 07/05/1994 | **Pages:** 4 |

**Conveyance:** CHANGE OF NAME (SEE DOCUMENT FOR DETAILS.)

| | |
|---|---|
| **Assignor:** TNF HOLDINGS COMPANY, INC. | **Exec Dt:** 06/08/1994 |
| | **Entity Type:** CORPORATION |
| | **Citizenship:** DELAWARE |
| **Assignee:** NORTH FACE, INC., THE | **Entity Type:** CORPORATION |
| 999 HARRISON STREET | **Citizenship:** DELAWARE |
| BERKELEY, CALIFORNIA 94710 | |

**Correspondent:** CROSBY, HEAFEY, ROACH & MAY

MALCOLM B. WITTENBERG

P.O. BOX 2084

OAKLAND, CA 94604-2084

## Assignment: 9

| | | |
|---|---|---|
| **Reel/Frame:** 1321/0482 | **Recorded:** 04/07/1995 | **Pages:** 21 |

**Conveyance:** SECURITY INTEREST

| | |
|---|---|
| **Assignor:** NORTH FACE, INC., THE | **Exec Dt:** 03/07/1995 |
| | **Entity Type:** CORPORATION |
| | **Citizenship:** DELAWARE |
| **Assignee:** HELLER FINANCIAL, INC., AS AGENT | **Entity Type:** CORPORATION |
| 101 PARK AVENUE NEW YORK, NY 10178 | **Citizenship:** DELAWARE |

**Correspondent:** MARY B. RUHL

LATHAM & WATKINS

633 W. FIFTH STREET, SUITE 4000

LOS ANGELES, CA 90071

## Assignment: 10

| | | |
|---|---|---|
| **Reel/Frame:** 1794/0681 | **Recorded:** 09/09/1998 | **Pages:** 6 |

**Conveyance:** SUPPLEMENT TO SECURITY AGREEMENT

**Assignor:** NORTH FACE, INC., THE     **Exec Dt:** 09/02/1998
    **Entity Type:** UNKNOWN
    **Citizenship:** CALIFORNIA

**Assignee:** IBJ SCHRODER BUSINESS CREDIT CORPORATION     **Entity Type:** CORPORATION

ONE STATE STREET     **Citizenship:** NEW YORK

NEW YORK, NEW YORK 10004

**Correspondent:** CLIFFORD CHANCE

PATRICIA DEL RIO, LA

1 NEW YORK PLAZA

NEW YORK, NEW YORK 10004

## Assignment: 11

| | | |
|---|---|---|
| **Reel/Frame:** 2662/0723 | **Recorded:** 01/30/2003 | **Pages:** 6 |

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** NORTH FACE, INC., THE     **Exec Dt:** 01/03/2003
    **Entity Type:** CORPORATION
    **Citizenship:** NONE

**Assignee:** NORTH FACE APPAREL CORP., THE     **Entity Type:** CORPORATION

3411 SILVERSIDE ROAD     **Citizenship:** DELAWARE

201 BAYNARD BUILDING

WILMINGTON, DELAWARE 19810

**Correspondent:** THE H.D. LEE COMPANY, INC.

HELEN L. WINSLOW

3411 SILVERSIDE ROAD

201 BAYNARD BUILDING

WILMINGTON, DE 19810

Search Results as of: 08/01/2018 02:02 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Wednesday, November 2, 2016 11:01 PM |
| **To:** | Christine_Hernandez@vfc.com |
| **Cc:** | Amanda_Mitchell@vfc.com |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 1030071: Miscellaneous Design |

**Serial Number:**  73019714
**Registration Number:**  1030071
**Registration Date:**  Jan 13, 1976
**Mark:**  Miscellaneous Design
**Owner:**  NORTH FACE APPAREL CORP., THE

Nov 2, 2016

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.  **The Section 8 declaration is accepted.**

## NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059.  **The registration is renewed.**

**The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.**

**Class(es):**
018, 020, 022, 025

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*The USPTO WILL NOT SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE REGISTRANT SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To view this notice and other documents for this application on-line, go to http://tdr.uspto.gov/search.action?sn=73019714.  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**Processing Wait Times:** Please note that due to an extraordinary surge in applications, processing times are longer than usual. See **current trademark processing wait times** for more information.

STATUS     DOCUMENTS     MAINTENANCE        <u>Back to Search</u>       Print

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2021-12-02 11:22:24 EST |

| | | | |
|---|---|---|---|
| **Mark:** |  | | |
| **US Serial Number:** | 73019714 | **Application Filing Date:** | Apr. 25, 1974 |
| **US Registration Number:** | 1030071 | **Registration Date:** | Jan. 13, 1976 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |
| **TM5 Common Status Descriptor:** | | LIVE/REGISTRATION/Issued and Active<br><br>The trademark application has been registered with the Offic |
| **Status:** | The registration has been renewed. | | |
| **Status Date:** | Nov. 02, 2016 | | |

## Mark Information

## Goods and Services

**Note:**

The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | BACKPACKS | | |
| **International Class(es):** | 018 - Primary Class | **U.S Class(es):** | 003 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Jun. 1968 | **Use in Commerce:** | Mar. 10, 1969 |
| **For:** | SLEEPING BAGS | | |
| **International Class(es):** | 020 - Primary Class | **U.S Class(es):** | 022 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |

Privacy - Terms

| First Use: | Jun. 1968 | Use in Commerce: | Mar. 10, 1969 |
| --- | --- | --- | --- |
| For: | TENTS | | |
| International Class(es): | 022 - Primary Class | U.S Class(es): | 022 |
| Class Status: | ACTIVE | | |
| Basis: | 1(a) | | |
| First Use: | Jun. 1968 | Use in Commerce: | Mar. 10, 1969 |
| For: | CAMPING CLOTHING-NAMELY, RAINWEAR, PARKAS, VESTS, TROUSERS, SHOES, GLOVES, HEADG | | |
| International Class(es): | 025 - Primary Class | U.S Class(es): | 039 |
| Class Status: | ACTIVE | | |
| Basis: | 1(a) | | |
| First Use: | Jun. 1968 | Use in Commerce: | Mar. 10, 1969 |

## Basis Information (Case Level)

## Current Owner(s) Information

## Attorney/Correspondence Information

## Prosecution History

## TM Staff and Location Information

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

Privacy - Terms

Int. Cls.: **18, 20, 22 and 25**

Prior U.S. Cls.: **1, 2, 3, 7, 13, 19, 22, 25, 32, 39, 41, 42 and 50**

**United States Patent and Trademark Office**

New Cert.

Reg. No. 2,097,715

Registered Sep. 16, 1997

OG Date May 24, 2005

## TRADEMARK
## PRINCIPAL REGISTER
## REGISTRATION ASSIGNED



NORTH FACE APPAREL CORP., THE (DELAWARE CORPORATION)
3411 SILVERSIDE RD
201 BAYNARD BUILDING
WILMINGTON, DE 19810
OWNER OF U.S. REG. NOS. 983,624, 1,102,407 AND OTHERS.

FOR: BACKPACKS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).
FIRST USE 12-0-1971; IN COMMERCE 12-0-1971.

FOR: SLEEPING BAGS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).
FIRST USE 12-0-1971; IN COMMERCE 12-0-1971.

FOR: TENTS, IN CLASS 22 (U.S. CLS. 1, 2, 7, 19, 22, 42 AND 50).
FIRST USE 12-0-1971; IN COMMERCE 12-0-1971.

FOR: CLOTHING, NAMELY, PARKAS, VESTS, JACKETS, ANORAKS, PANTS, SKI BIBS, GLOVES, MITTENS, UNDERWEAR, HATS, HEADBANDS, CAPS, SKI SUITS, GAITERS, SHORTS, SHIRTS AND BELTS, IN CLASS 25 (U.S. CLS. 22 AND 39).
FIRST USE 12-0-1971; IN COMMERCE 12-0-1971.

SER. NO. 75-176,107, FILED 10-3-1996.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on May 24, 2005.*

DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE


### United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Aug 1 05:21:02 EDT 2018*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |

*( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | THE NORTH FACE |
| **Goods and Services** | IC 018. US 001 002 003 022 041. G & S: backpacks. FIRST USE: 19711200. FIRST USE IN COMMERCE: 19711200

IC 020. US 002 013 022 025 032 050. G & S: sleeping bags. FIRST USE: 19711200. FIRST USE IN COMMERCE: 19711200

IC 022. US 001 002 007 019 022 042 050. G & S: tents. FIRST USE: 19711200. FIRST USE IN COMMERCE: 19711200

IC 025. US 022 039. G & S: clothing, namely, parkas, vests, jackets, anoraks, pants, ski bibs, gloves, mittens, underwear, hats, headbands, caps, ski suits, gaiters, shorts, * and *shirts [ and belts ]. FIRST USE: 19711200. FIRST USE IN COMMERCE: 19711200 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.11.21 - Rectangles that are completely or partially shaded
26.11.25 - Rectangles with one or more curved sides
26.17.09 - Bands, curved; Bars, curved; Curved line(s), band(s) or bar(s); Lines, curved |
| **Serial Number** | 75176107 |
| **Filing Date** | October 3, 1996 |
| **Current Basis** | 1A |

| | |
|---|---|
| **Original Filing Basis** | 1A |
| **Published for Opposition** | June 24, 1997 |
| **Registration Number** | **2097715** |
| **Registration Date** | September 16, 1997 |
| **Owner** | (REGISTRANT) North Face, Inc., The CORPORATION DELAWARE 2013 Farallon Drive San Leandro CALIFORNIA 94577 |
| | (LAST LISTED OWNER) NORTH FACE APPAREL CORP., THE CORPORATION BY ASSIGNMENT DELAWARE 3411 SILVERSIDE RD WILMINGTON DELAWARE 19810 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Christine M. Hernandez |
| **Prior Registrations** | 0983624;1030071;1050737;1102407;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20171004. |
| **Renewal** | 2ND RENEWAL 20171004 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY |



## United States Patent and Trademark Office



Home | Site Index | Search | Guides | Contacts | *eBusiness* | eBiz alerts | News | Help



**Assignments on the Web** > Trademark Query

## Trademark Assignment Abstract of Title

**Total Assignments: 2**

**Serial #:** 75176107     **Filing Dt:** 10/03/1996     **Reg #:** 2097715     **Reg. Dt:** 09/16/1997

**Registrant:** North Face, Inc., The

**Mark:** THE NORTH FACE

### Assignment: 1

**Reel/Frame:** 1794/0681     **Recorded:** 09/09/1998     **Pages:** 6

**Conveyance:** SUPPLEMENT TO SECURITY AGREEMENT

**Assignor:** NORTH FACE, INC., THE     **Exec Dt:** 09/02/1998

                        **Entity Type:** UNKNOWN

                        **Citizenship:** CALIFORNIA

**Assignee:** IBJ SCHRODER BUSINESS CREDIT CORPORATION     **Entity Type:** CORPORATION

ONE STATE STREET     **Citizenship:** NEW YORK

NEW YORK, NEW YORK 10004

**Correspondent:** CLIFFORD CHANCE

PATRICIA DEL RIO, LA

1 NEW YORK PLAZA

NEW YORK, NEW YORK 10004

### Assignment: 2

**Reel/Frame:** 2662/0723     **Recorded:** 01/30/2003     **Pages:** 6

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** NORTH FACE, INC., THE     **Exec Dt:** 01/03/2003

                        **Entity Type:** CORPORATION

                        **Citizenship:** NONE

**Assignee:** NORTH FACE APPAREL CORP., THE     **Entity Type:** CORPORATION

3411 SILVERSIDE ROAD     **Citizenship:** DELAWARE

201 BAYNARD BUILDING

WILMINGTON, DELAWARE 19810

**Correspondent:** THE H.D. LEE COMPANY, INC.

HELEN L. WINSLOW

3411 SILVERSIDE ROAD

201 BAYNARD BUILDING

WILMINGTON, DE 19810

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Wednesday, October 4, 2017 11:02 PM |
| **To:** | Christine_Hernandez@vfc.com |
| **Cc:** | Amanda_Mitchell@vfc.com |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 2097715: THE NORTH FACE (Stylized/Design): Docket/Reference No. 4368-US |

**U.S. Serial Number:** 75176107
**U.S. Registration Number:** 2097715
**U.S. Registration Date:** Sep 16, 1997
**Mark:** THE NORTH FACE (Stylized/Design)
**Owner:** NORTH FACE APPAREL CORP., THE

Oct 4, 2017

### NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

### NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059. **The registration is renewed.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
018, 020, 022, 025

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=75176107&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch  or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=75176107&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

> \*   **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**Processing Wait Times:** Please note that due to an extraordinary surge in applications, processing times are longer than usual. See **current trademark processing wait times** for more information.

STATUS    DOCUMENTS    MAINTENANCE                    <u>Back to Search</u>          Print

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2021-12-02 12:12:14 EST |
| **Mark:** | THE NORTH FACE |



| | | | |
|---|---|---|---|
| **US Serial Number:** | 75176107 | **Application Filing Date:** | Oct. 03, 1996 |
| **US Registration Number:** | 2097715 | **Registration Date:** | Sep. 16, 1997 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

| | | |
|---|---|---|
| **TM5 Common Status Descriptor:** |  | LIVE/REGISTRATION/Issued and Active |
| | | The trademark application has been registered with the Offic |
| **Status:** | The registration has been renewed. | |
| **Status Date:** | Oct. 04, 2017 | |
| **Publication Date:** | Jun. 24, 1997 | |

## Mark Information

## Related Properties Information

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | backpacks | | |
| **International Class(es):** | 018 - Primary Class | **U.S Class(es):** | 001, 002, 003, 022, 04 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Dec. 1971 | **Use in Commerce:** | Dec. 197 |

|  | For: | sleeping bags |  |  |
|---|---|---|---|---|
| **International Class(es):** | 020 - Primary Class |  | **U.S Class(es):** | 002, 013, 022, 025, 03 |
| **Class Status:** | ACTIVE |  |  |  |
| **Basis:** | 1(a) |  |  |  |
| **First Use:** | Dec. 1971 |  | **Use in Commerce:** | Dec. 1971 |

|  | For: | tents |  |  |
|---|---|---|---|---|
| **International Class(es):** | 022 - Primary Class |  | **U.S Class(es):** | 001, 002, 007, 019, 02 |
| **Class Status:** | ACTIVE |  |  |  |
| **Basis:** | 1(a) |  |  |  |
| **First Use:** | Dec. 1971 |  | **Use in Commerce:** | Dec. 1971 |

|  | For: | clothing, namely, parkas, vests, jackets, anoraks, pants, ski bibs, gloves, mittens, underwear, hats, headbar shorts, * and *shirts [ and belts ] |  |  |
|---|---|---|---|---|
| **International Class(es):** | 025 - Primary Class |  | **U.S Class(es):** | 022, 039 |
| **Class Status:** | ACTIVE |  |  |  |
| **Basis:** | 1(a) |  |  |  |
| **First Use:** | Dec. 1971 |  | **Use in Commerce:** | Dec. 1971 |

## Basis Information (Case Level)

## Current Owner(s) Information

## Attorney/Correspondence Information

## Prosecution History

## TM Staff and Location Information

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

Privacy - Terms

Int. Cls.: 9, 18, 20, 21, 22, 25, and 35

Prior U.S. Cls.: 1, 2, 3, 7, 13, 19, 21, 22, 23, 25, 26, 29, 30, 32, 33, 36, 38, 39, 40, 41, 42, 50, 100, 101, and 102

Reg. No. 3,538,773

## United States Patent and Trademark Office

Registered Nov. 25, 2008

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



THE NORTH FACE APPAREL CORP. (DELA-WARE CORPORATION)

3411 SILVERSIDE ROAD

WILMINGTON, DE 19810

FOR: COMPUTER BAGS , IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-25-1989; IN COMMERCE 1-25-1989.

FOR: ALL PURPOSE SPORTING BAGS, BACK-PACKS, DAY PACKS, KNAPSACKS, RUCKSACKS, BOOK BAGS, TOTE BAGS, HANDBAGS, DUFFEL BAGS, KNAP SACKS AND DUFFEL SACKS, MES-SENGER BAGS, HIP AND LUMBAR PACKS, HIP BELTS, SHOULDER BAGS, MESSENGER BAGS, BOOK BAGS, WAIST PACKS, FANNY PACKS, DAY PACKS, SHOULDER BAGS, SATCHELS, MOUNTAINEERING BAGS, BOSTON BAGS, IN-TERNAL FRAME PACKS AND EXTERNAL FRAME PACKS, BACKPACK BOTTLE POCKETS, RAIN COVERS USED TO COVER THE AFORESAID; HY-DRATION PACKS, NAMELY, BACKPACK HYDRA-TION SYSTEMS CONSISTING OF A BACKPACK, A RESERVOIR, AND A MOUTHPIECE CONNECTED TO THE RESERVOIR BY A TUBE; BACKPACK SHOULDER HARNESSES; PARTS AND FITTINGS FOR ALL THE AFORESAID GOODS; WALKING STICKS, ALPENSTOCKS, UMBRELLAS, AND PARASOLS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 1-25-1989; IN COMMERCE 1-25-1989.

FOR: SLEEPING BAGS; COVERS FOR SLEEPING BAGS; SLEEPING BAG PADS; SLEEPING BAG LINERS; SACKS FOR CARRYING AND STORING SLEEPING BAGS; NON-METAL TENT POLES AND TENT STAKES, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 1-25-1989; IN COMMERCE 1-25-1989.

FOR: HYDRATION PACKS, NAMELY, HYDRA-TION SYSTEM CONSISTING OF A RESERVOIR AND A MOUTHPIECE CONNECTED TO THE RE-SERVOIR BY A TUBE, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 1-25-1989; IN COMMERCE 1-25-1989.

FOR: TENTS; TENT ACCESSORIES, NAMELY, TENT STORAGE BAGS, RAIN FLIES, VINYL GROUND CLOTHS, TENT POLE STORAGE SACKS, AND GEAR LOFT PLATFORMS USED FOR STO-RAGE, IN CLASS 22 (U.S. CLS. 1, 2, 7, 19, 22, 42 AND 50).

FIRST USE 1-25-1989; IN COMMERCE 1-25-1989.

FOR: CLOTHING, NAMELY, MEN'S, WOMEN'S, AND CHILDREN'S T-SHIRTS, SHIRTS, TOPS, SWEATSHIRTS, SWEATPANTS, PANTS, SIDE ZIP PANTS, SHORTS, TROUSERS, JEANS, VESTS, PAR-KAS, ANORAKS, COATS, JACKETS, WIND-RESIS-TANT JACKETS, JACKET HOODS, PULLOVERS, SWEATERS, COVERALLS, UNDERWEAR, THER-MAL UNDERWEAR, BOXER BRIEFS, SLEEPWEAR, LINGERIE, LOUNGEWEAR, HOSIERY, SOCKS,

TIGHTS, GLOVES, MITTENS; OUTERWEAR, NAMELY, SHELLS, ONE-PIECE SHELL SUITS, SKI WEAR, SKI SUITS, SKI VESTS, SKI JACKETS, SKI BIBS, BIB OVERALLS, BIB PANTS, SNOWBOARD WEAR, SNOW PANTS, SNOW SUITS, RAIN WEAR, RAIN JACKETS, RAIN PANTS, GAITERS, NAMELY, NECK GAITERS, LEG GAITERS AND ANKLE GAITERS; SKIRTS, SKORTS, DRESSES, SWIM-SUITS, SWIM TRUNKS; FOOTWEAR, NAMELY, ATHLETIC SHOES, SNEAKERS, TRAIL RUNNING SHOES, CLIMBING SHOES, HIKING SHOES, SLIPPERS, CLIMBING SLIPPERS, BOOTS, TREKKING BOOTS, HIKING BOOTS, SNOWSHOES, CLOGS, SANDALS; HEADGEAR, NAMELY, CAPS, HATS, HEADBANDS, BANDANAS, SCARVES, EARBANDS, EARMUFFS, BALACLAVAS, VISORS, BEANIES; BELTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-25-1989; IN COMMERCE 1-25-1989.

FOR: ON-LINE RETAIL STORE SERVICES, RETAIL STORE SERVICES, MAIL ORDER, CATALOGUE AND DISTRIBUTORSHIP SERVICES, ALL FEATURING CAMPING AND OUTDOOR GEAR AND EQUIPMENT, BOOKS, FOOD, HARDWARE, CLOTHING, SPORTSWEAR, EYEWEAR, FOOTWEAR, HEADGEAR, SPORTS EQUIPMENT AND RELATED ACCESSORIES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 1-25-1989; IN COMMERCE 1-25-1989.

OWNER OF U.S. REG. NOS. 983,624, 2,097,715, AND OTHERS.

THE COLOR(S) RED AND WHITE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE LITERAL ELEMENT "THE NORTH FACE" IN WHITE LETTERS IN A SOLID RED SQUARE, WITH THE DESIGN ELEMENT CONSISTING OF THREE ARCS EMANATING FROM THE RIGHT OF EACH WORD.

SN 78-797,140, FILED 1-23-2006.

RONALD DELGIZZI, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | *eBusiness* | eBiz alerts | News | Help

# **Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Thu Nov 7 04:16:02 EST 2019*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Please logout when you are done to release system resources allocated for you.

# **Record 1 out of 1**

| TSDR | ASSIGN Status | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*



| **Word Mark** | THE NORTH FACE |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Computer bags. FIRST USE: 19890125. FIRST USE IN COMMERCE: 19890125 |

IC 018. US 001 002 003 022 041. G & S: All purpose sporting bags, backpacks, day packs, knapsacks, rucksacks, book bags, tote bags, handbags, duffel bags, knap sacks and duffel sacks, [ messenger bags, ] hip and lumbar packs, [ hip belts, ] shoulder bags, [ messenger bags, ] book bags, waist packs, fanny packs, day packs, shoulder bags, satchels, mountaineering bags, Boston bags, internal frame packs [ and external frame packs, ] backpack bottle pockets, rain covers used to cover the aforesaid; hydration packs, namely, backpack hydration systems consisting of a backpack, a reservoir, and a mouthpiece connected to the reservoir by a tube; [ backpack shoulder harnesses; ] parts and fittings for all the aforesaid goods [ ; walking sticks, alpenstocks, umbrellas, and parasols ]. FIRST USE: 19890125. FIRST USE IN COMMERCE: 19890125

IC 020. US 002 013 022 025 032 050. G & S: Sleeping bags; covers for sleeping bags; [ sleeping bag pads; sleeping bag liners; ] sacks for carrying and storing sleeping bags; non-metal tent poles and tent stakes. FIRST USE: 19890125. FIRST USE IN COMMERCE: 19890125

IC 021. US 002 013 023 029 030 033 040 050. G & S: Hydration packs, namely, hydration system consisting of a reservoir and a mouthpiece connected to the reservoir by a tube. FIRST USE: 19890125. FIRST USE IN COMMERCE: 19890125

IC 022. US 001 002 007 019 022 042 050. G & S: Tents; tent accessories, namely, tent storage bags, rain flies, vinyl ground cloths, tent pole storage sacks, [ and gear loft platforms used for storage ]. FIRST USE: 19890125. FIRST USE IN COMMERCE: 19890125

IC 025. US 022 039. G & S: Clothing, namely, men's, women's, and children's T-shirts, shirts, tops, sweatshirts, sweatpants, pants, side zip pants, shorts, trousers, [ jeans, ] vests, parkas, anoraks, coats, jackets, wind-resistant jackets, jacket hoods, pullovers, sweaters, [ coveralls, ] underwear, thermal underwear, [ boxer briefs, sleepwear, lingerie, loungewear, hosiery, socks, ] tights, gloves, mittens; outerwear, namely, shells, one-piece shell suits, ski wear, ski suits, ski vests, ski jackets, ski bibs, bib overalls, bib pants, snowboard wear, snow pants, snow suits, rain wear, rain jackets, rain pants, gaiters, namely, neck gaiters, [ leg gaiters and ankle gaiters; ] skirts, skorts, dresses, [ swimsuits, ] swim trunks; footwear, namely, athletic shoes, sneakers, trail running shoes, climbing shoes, hiking shoes, slippers, [ climbing slippers, ] boots, trekking boots, hiking boots, snowshoes, [ clogs, ] sandals; headgear,

namely, caps, hats, headbands, [ bandanas, ] scarves, earbands, [ earmuffs, ] balaclavas, visors, beanies; [ belts ]. FIRST USE: 19890125. FIRST USE IN COMMERCE: 19890125

IC 035. US 100 101 102. G & S: On-line retail store services, retail store services, mail order, catalogue and distributorship services, all featuring camping and outdoor gear and equipment, [ books, food, ] hardware, clothing, sportswear, eyewear, footwear, headgear, sports equipment and related accessories. FIRST USE: 19890125. FIRST USE IN COMMERCE: 19890125

| | |
|---|---|
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.09.21 - Squares that are completely or partially shaded<br>26.17.09 - Bands, curved ; Bars, curved ; Curved line(s), band(s) or bar(s) ; Lines, curved |
| **Trademark Search Facility Classification Code** | SHAPES-COLORS-2 Design listing or lined for two colors<br>SHAPES-GEOMETRIC Geometric figures and solids including squares, rectangles, quadrilaterals and polygons<br>SHAPES-MISC Miscellaneous shaped designs |
| **Serial Number** | 78797140 |
| **Filing Date** | January 23, 2006 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | January 22, 2008 |
| **Registration Number** | **3538773** |
| **Registration Date** | November 25, 2008 |
| **Owner** | (REGISTRANT) The North Face Apparel Corp. CORPORATION DELAWARE Suite 200, Hanby Building 3411 Silverside Road Wilmington DELAWARE 19810 |
| **Attorney of Record** | Christine M. Hernandez |
| **Prior Registrations** | 0983624;1030071;2097715;AND OTHERS |
| **Description of Mark** | The color(s) red and white is/are claimed as a feature of the mark. The mark consists of the literal element "THE NORTH FACE" in white letters in a solid red square, with the design element consisting of three arcs emanating from the right of each word. |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20181207. |
| **Renewal** | 1ST RENEWAL 20181207 |
| **Live/Dead Indicator** | LIVE |

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Friday, December 7, 2018 11:03 PM |
| **To:** | Christine_Hernandez@vfc.com |
| **Cc:** | Amanda_Mitchell@vfc.com |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 3538773: THE NORTH FACE (Stylized/Design): Docket/Reference No. 10895 |

**U.S. Serial Number:**  78797140
**U.S. Registration Number:**  3538773
**U.S. Registration Date:**  Nov 25, 2008
**Mark:**  THE NORTH FACE (Stylized/Design)
**Owner:**  The North Face Apparel Corp.

Dec 7, 2018

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.  **The Section 8 declaration is accepted.**

## NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059.  **The registration is renewed.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
009, 018, 020, 021, 022, 025, 035

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

---

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=78797140&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch  or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=78797140&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

*   **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

For assistance with TSDR, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**Processing Wait Times:** Please note that due to an extraordinary surge in applications, processing times are longer than usual. See **current trademark processing wait times** for more information.

STATUS    DOCUMENTS    MAINTENANCE    <u>Back to Search</u>    Print

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2021-12-02 12:28:29 EST |
| **Mark:** | THE NORTH FACE |



| | | | |
|---|---|---|---|
| **US Serial Number:** | 78797140 | **Application Filing Date:** | Jan. 23, 2006 |
| **US Registration Number:** | 3538773 | **Registration Date:** | Nov. 25, 2008 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark, Service Mark | | |

| | | |
|---|---|---|
| **TM5 Common Status Descriptor:** |  | LIVE/REGISTRATION/Issued and Active |
| | | The trademark application has been registered with the Offic |

| | | | |
|---|---|---|---|
| **Status:** | The registration has been renewed. | | |
| **Status Date:** | Dec. 07, 2018 | | |
| **Publication Date:** | Jan. 22, 2008 | **Notice of Allowance Date:** | Apr. 15, 2008 |

## Mark Information

## Related Properties Information

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Computer bags | | |
| **International Class(es):** | 009 - Primary Class | **U.S Class(es):** | 021, 023, 026, 036, 0 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |

Privacy - Terms

| | | | |
|---|---|---|---|
| **First Use:** | Jan. 25, 1989 | **Use in Commerce:** | Jan. 25, 1989 |

**For:** All purpose sporting bags, backpacks, day packs, knapsacks, rucksacks, book bags, tote bags, handbags, duffel sacks, [ messenger bags, ] hip and lumbar packs, [ hip belts, ] shoulder bags, [ messenger bags, ] bo packs, day packs, shoulder bags, satchels, mountaineering bags, Boston bags, internal frame packs [ and e backpack bottle pockets, rain covers used to cover the aforesaid; hydration packs, namely, backpack hydra backpack, a reservoir, and a mouthpiece connected to the reservoir by a tube; [ backpack shoulder harness the aforesaid goods [ ; walking sticks, alpenstocks, umbrellas, and parasols ]

| | | | |
|---|---|---|---|
| **International Class(es):** | 018 - Primary Class | **U.S Class(es):** | 001, 002, 003, 022, 04 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Jan. 25, 1989 | **Use in Commerce:** | Jan. 25, 1989 |

**For:** Sleeping bags; covers for sleeping bags; [ sleeping bag pads; sleeping bag liners; ] sacks for carrying and s metal tent poles and tent stakes

| | | | |
|---|---|---|---|
| **International Class(es):** | 020 - Primary Class | **U.S Class(es):** | 002, 013, 022, 025, 03 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Jan. 25, 1989 | **Use in Commerce:** | Jan. 25, 1989 |

**For:** Hydration packs, namely, hydration system consisting of a reservoir and a mouthpiece connected to the res

| | | | |
|---|---|---|---|
| **International Class(es):** | 021 - Primary Class | **U.S Class(es):** | 002, 013, 023, 029, 03 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Jan. 25, 1989 | **Use in Commerce:** | Jan. 25, 1989 |

**For:** Tents; tent accessories, namely, tent storage bags, rain flies, vinyl ground cloths, tent pole storage sacks, [ for storage ]

| | | | |
|---|---|---|---|
| **International Class(es):** | 022 - Primary Class | **U.S Class(es):** | 001, 002, 007, 019, 02 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Jan. 25, 1989 | **Use in Commerce:** | Jan. 25, 1989 |

**For:** Clothing, namely, men's, women's, and children's T-shirts, shirts, tops, sweatshirts, sweatpants, pants, side jeans, ] vests, parkas, anoraks, coats, jackets, wind-resistant jackets, jacket hoods, pullovers, sweaters, [ co underwear, [ boxer briefs, sleepwear, lingerie, loungewear, hosiery, socks, ] tights, gloves, mittens; outerwea shell suits, ski wear, ski suits, ski vests, ski jackets, ski bibs, bib overalls, bib pants, snowboard wear, snow rain jackets, rain pants, gaiters, namely, neck gaiters, [ leg gaiters and ankle gaiters; ] skirts, skorts, dresses footwear, namely, athletic shoes, sneakers, trail running shoes, climbing shoes, hiking shoes, slippers, [ clin trekking boots, hiking boots, snowshoes, [ clogs, ] sandals; headgear, namely, caps, hats, headbands, [ ban earmuffs, ] balaclavas, visors, beanies; [ belts ]

| | | | |
|---|---|---|---|
| **International Class(es):** | 025 - Primary Class | **U.S Class(es):** | 022, 039 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Jan. 25, 1989 | **Use in Commerce:** | Jan. 25, 1989 |

|  | |
|---|---|
| **For:** | On-line retail store services, retail store services, mail order, catalogue and distributorship services, all featu gear and equipment, [ books, food, ] hardware, clothing, sportswear, eyewear, footwear, headgear, sports e accessories |
| **International Class(es):** 035 - Primary Class | **U.S Class(es):** 100, 101, 102 |
| **Class Status:** ACTIVE | |
| **Basis:** 1(a) | |
| **First Use:** Jan. 25, 1989 | **Use in Commerce:** Jan. 25, 1989 |

## Basis Information (Case Level)

## Current Owner(s) Information

## Attorney/Correspondence Information

## Prosecution History

## TM Staff and Location Information

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

Privacy · Terms

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,630,846

Registered June 2, 2009

## TRADEMARK
### PRINCIPAL REGISTER



THE NORTH FACE APPAREL CORP (DELA-WARE CORPORATION)
3411 SILVERSIDE ROAD
WILMINGTON, DE 19810

FOR: FOOTWEAR; HEAD WEAR; RAINWEAR; SCARVES; SKI WEAR; SOCKS; SOCKS AND STOCK-INGS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-6-1968; IN COMMERCE 1-6-1968.

OWNER OF U.S. REG. NOS. 983,624, 2,097,715 AND OTHERS.

THE MARK CONSISTS OF THE STYLIZED LIT-ERAL ELEMENT "THE NORTH FACE", WITH THE WORD "THE" APPEARING ABOVE THE WORD "NORTH", THE WORD "NORTH" APPEARING ABOVE THE WORD "FACE", AND THE DESIGN ELEMENT CONSISTING OF THREE SOLID ARCS, WITH ONE ARC EMANATING FROM THE RIGHT OF EACH WORD.

SER. NO. 77-600,179, FILED 10-24-2008.

JULIE VEPPUMTHARA, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Wed Oct 16 04:27:30 EDT 2019*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | THE NORTH FACE |
| **Goods and Services** | IC 025. US 022 039. G & S: Footwear; Head wear; Rainwear; Scarves; Ski wear [ ; Socks; Socks and stockings ]. FIRST USE: 19680106. FIRST USE IN COMMERCE: 19680106 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.17.09 - Bands, curved ; Bars, curved ; Curved line(s), band(s) or bar(s) ; Lines, curved |
| **Trademark Search Facility Classification Code** | SHAPES-BAR-BANDS Designs with bar, bands or lines SHAPES-GEOMETRIC Geometric figures and solids including squares, rectangles, quadrilaterals and polygons |
| **Serial Number** | 77600179 |
| **Filing Date** | October 24, 2008 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | March 17, 2009 |
| **Registration Number** | **3630846** |
| **Registration Date** | June 2, 2009 |
| **Owner** | (REGISTRANT) The North Face Apparel Corp CORPORATION DELAWARE 3411 Silverside Road Wilmington DELAWARE 19810 |
| **Attorney of Record** | Christine M. Hernandez |
| **Prior Registrations** | 0983624;1030071;2097715;AND OTHERS |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of the stylized literal element "THE NORTH FACE", with the word "THE" appearing above the word "NORTH", the word "NORTH" appearing above the |

Trademark Electronic Search System (TESS)

"FACE", and the design element consisting of three solid arcs, with one arc emanating from the right of each word.

| | |
|---|---|
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Tuesday, July 14, 2020 11:03 PM |
| **To:** | Christine_Hernandez@vfc.com |
| **Cc:** | Amanda_Mitchell@vfc.com |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 3630846: THE NORTH FACE (Stylized/Design): Docket/Reference No. 15963 |

**U.S. Serial Number:**  77600179
**U.S. Registration Number:**  3630846
**U.S. Registration Date:**  Jun 2, 2009
**Mark:**  THE NORTH FACE (Stylized/Design)
**Owner:**  The North Face Apparel Corp

Jul 14, 2020

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.  **The Section 8 declaration is accepted.**

## NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059.  **The registration is renewed.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
025

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=77600179&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch  or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=77600179&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

  \*    **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

For assistance with TSDR, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**Processing Wait Times:** Please note that due to an extraordinary surge in applications, processing times are longer than usual. See **current trademark processing wait times** for more information.

STATUS    DOCUMENTS    MAINTENANCE                    Back to Search            Print

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2021-12-02 12:38:36 EST |
| **Mark:** | THE NORTH FACE |



| | | | |
|---|---|---|---|
| **US Serial Number:** | 77600179 | **Application Filing Date:** | Oct. 24, 2008 |
| **US Registration Number:** | 3630846 | **Registration Date:** | Jun. 02, 2009 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

| | | |
|---|---|---|
| **TM5 Common Status Descriptor:** |  | LIVE/REGISTRATION/Issued and Active |
| | | The trademark application has been registered with the Offic |
| **Status:** | The registration has been renewed. | |
| **Status Date:** | Jul. 14, 2020 | |
| **Publication Date:** | Mar. 17, 2009 | |

## Mark Information

## Related Properties Information

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | |
|---|---|
| **For:** | Footwear; Head wear; Rainwear; Scarves; Ski wear [ ; Socks; Socks and stockings ] |

| | | | |
|---|---|---|---|
| **International Class(es):** | 025 - Primary Class | **U.S Class(es):** | 022, 039 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Jan. 06, 1968 | **Use in Commerce:** | Jan. 06, |

reCAPTCHA
Privacy - Terms

**Basis Information (Case Level)**

**Current Owner(s) Information**

**Attorney/Correspondence Information**

**Prosecution History**

**TM Staff and Location Information**

**Assignment Abstract Of Title Information - Click to Load**

**Proceedings - Click to Load**

Privacy · Terms

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,630,850

Registered June 2, 2009

## TRADEMARK
### PRINCIPAL REGISTER



THE NORTH FACE APPAREL CORP (DELA-
WARE CORPORATION)
3411 SILVERSIDE ROAD
WILMINGTON, DE 19810

FOR: FOOTWEAR; GLOVES; HEADGEAR, NAMELY, HATS, CAPS, HEADBANDS, VISORS, AND EAR MUFFS; HOSIERY, NAMELY, LONG UNDERWEAR; JACKETS; MITTENS; PANTS; PARKAS; SHIRTS; SHORTS; SKI JACKETS; SKIRTS; SLIPPERS; SOCKS; TIGHTS; VESTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-6-1968; IN COMMERCE 1-6-1968.

OWNER OF U.S. REG. NOS. 1,030,071, 2,825,632 AND OTHERS.

THE MARK CONSISTS OF THREE CURVED BANDS CREATING A HALF-DOME DESIGN.

SER. NO. 77-600,199, FILED 10-24-2008.

JULIE VEPPUMTHARA, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | *eBusiness* | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Oct 16 04:27:30 EDT 2019*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Goods and Services** | IC 025. US 022 039. G & S: Footwear; Gloves; Headgear, namely, hats, caps, headbands, visors [, and ear muffs ] ; Hosiery, namely, long underwear; Jackets; Mittens; Pants; Parkas; Shirts; Shorts; Ski jackets; Skirts; [ Slippers; ] [ Socks; ] Tights; Vests. FIRST USE: 19680106. FIRST USE IN COMMERCE: 19680106 |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 26.17.09 - Bands, curved ; Bars, curved ; Curved line(s), band(s) or bar(s) ; Lines, curved |
| **Trademark Search Facility Classification Code** | SHAPES-BAR-BANDS Designs with bar, bands or lines |
| **Serial Number** | 77600199 |
| **Filing Date** | October 24, 2008 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | March 17, 2009 |
| **Registration Number** | **3630850** |
| **Registration Date** | June 2, 2009 |
| **Owner** | (REGISTRANT) The North Face Apparel Corp CORPORATION DELAWARE 3411 Silverside Road Wilmington DELAWARE 19810 |
| **Attorney of Record** | Christine M. Hernandez |
| **Prior Registrations** | 1030071;1102407;2825632;AND OTHERS |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of three curved bands creating a half-dome design. |

| | |
|---|---|
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Monday, November 25, 2019 11:02 PM |
| **To:** | Christine_Hernandez@vfc.com |
| **Cc:** | Amanda_Mitchell@vfc.com |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 3630850: Miscellaneous Design: Docket/Reference No. 15962 |

**U.S. Serial Number:** 77600199
**U.S. Registration Number:** 3630850
**U.S. Registration Date:** Jun 2, 2009
**Mark:** Miscellaneous Design
**Owner:** The North Face Apparel Corp

Nov 25, 2019

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

## NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059. **The registration is renewed.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
025

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=77600199&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch  or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=77600199&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

> \*    **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

For assistance with TSDR, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**Processing Wait Times:** Please note that due to an extraordinary surge in applications, processing times are longer than usual. See **current trademark processing wait times** for more information.

| STATUS | DOCUMENTS | MAINTENANCE | | <u>Back to Search</u> | Print |

**Generated on:** This page was generated by TSDR on 2021-12-02 12:46:05 EST

**Mark:**



| | | | |
|---|---|---|---|
| **US Serial Number:** | 77600199 | **Application Filing Date:** | Oct. 24, 2008 |
| **US Registration Number:** | 3630850 | **Registration Date:** | Jun. 02, 2009 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Offic

**Status:** The registration has been renewed.

**Status Date:** Nov. 25, 2019

**Publication Date:** Mar. 17, 2009

## Mark Information

## Related Properties Information

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Footwear; Gloves; Headgear, namely, hats, caps, headbands, visors [, and ear muffs ] ; Hosiery, namely, lor
Mittens; Pants; Parkas; Shirts; Shorts; Ski jackets; Skirts; [ Slippers; ] [ Socks; ] Tights; Vests

**International Class(es):** 025 - Primary Class            **U.S Class(es):** 022, 039

| | |
|---|---|
| **Class Status:** ACTIVE | |
| **Basis:** 1(a) | |
| **First Use:** Jan. 06, 1968 | **Use in Commerce:** Jan. 06, 1968 |

## Basis Information (Case Level)

## Current Owner(s) Information

## Attorney/Correspondence Information

## Prosecution History

## TM Staff and Location Information

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

Privacy - Terms