UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-62452-CIV-SMITH

THE NORTH FACE APPAREL CORP., *et al.*,

      Plaintiffs,

vs.

CEKCYA STORE aka LINGDAZHANG, *et al.*,

      Defendants.
_____/

## ORDER GRANTING MOTION FOR FINAL DEFAULT JUDGMENT

This matter is before the Court on Plaintiffs' Motion for Entry of Final Default Judgment Against Defendants ("Motion") [DE 31]. On February 28, 2022, the Clerk entered a default against Defendants, the Individuals, Business Entities, and Unincorporated Associations identified on Schedule "A" to the Motion (collectively "Defendants"), for failure to appear, answer, or otherwise plead to the Amended Complaint within the time required. (*See* DE 30.) Thereafter, on March 7, 2022, Plaintiffs filed this Motion seeking a default judgment against Defendants. Defendants failed to respond. Accordingly, it is

    **ORDERED** that:

    1.    Plaintiffs' Motion for Entry of Final Default Judgment Against Defendants [DE 31] is **GRANTED**.

    2.    In accordance with Federal Rule of Civil Procedure 58, a separate final judgment will be entered.

    3.    Plaintiffs are ordered to serve a copy of this Order upon Defendants by providing the address to Plaintiffs' designated serving notice website to Defendants (a) via e-mail to the e-mail accounts provided by each Defendant as part of the data related to its e-commerce store and

photo album, including customer service e-mail addresses and onsite contact forms, or via the e-commerce platform e-mail or image hosting website e-mail for each of the e-commerce stores and/or photo albums; and (b) by publicly posting a true and accurate copy of the foregoing on the Internet website appearing at http://servingnotice.com/VE3r4f/index.html.

      **DONE AND ORDERED** in Fort Lauderdale, Florida, this ___ day of _____, 2022.

_____
**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record