UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-62452-CIV-SMITH

THE NORTH FACE APPAREL CORP., *et al.*,

    Plaintiffs,

vs.

CEKCYA STORE aka LINGDAZHANG, *et al*.,

    Defendants.
_____/

# FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION

On March 7, 2022, Plaintiffs filed a Motion for Entry of Final Default Judgment Against Defendants (the "Motion") [DE 31]. The Court granted the Motion. (*See* DE 32.) Pursuant to Federal Rule of Civil Procedure 58(a), the Court enters this separate final judgment. Accordingly, it is

**ORDERED** that Final Default Judgment is hereby entered in favor of Plaintiffs, The North Face Apparel Corp., Vans, Inc., TBL Licensing LLC, Kipling Apparel Corp., Jansport Apparel Corp., and VF International Sagl (collectively "Plaintiffs") and against Defendants, the Individuals, Business Entities, and Unincorporated Associations identified on Schedule "A" hereto (collectively "Defendants") as follows:

(1)      Permanent Injunctive Relief:

Defendants and their officers, directors, agents, representatives, servants, employees, subsidiaries, attorneys, and all persons acting in concert or participation with Defendants are hereby permanently restrained and enjoined from:

    a.      manufacturing or causing to be manufactured, importing, advertising or promoting, distributing, selling or offering to sell counterfeit and infringing goods bearing and/or using Plaintiffs' trademarks, or any confusingly

        similar trademarks identified in Paragraphs 20, 26, 32, 38, 44, and 50 of Plaintiffs' Amended Complaint [DE 16] (the "Plaintiffs' Marks");

    b.    using Plaintiffs' Marks in connection with the sale of any unauthorized goods;

    c.    using any logo, and/or layout which may be calculated to falsely advertise the services or products of Defendants as being sponsored by, authorized by, endorsed by, or in any way associated with Plaintiffs;

    d.    falsely representing themselves as being connected with Plaintiffs, through sponsorship or association;

    e.    engaging in any act which is likely to falsely cause members of the trade and/or of the purchasing public to believe any goods or services of Defendants are in any way endorsed by, approved by, and/or associated with Plaintiffs;

    f.    using any reproduction, counterfeit, copy, or colorable imitation of Plaintiffs' Marks in connection with the publicity, promotion, sale, or advertising of any goods sold by Defendants;

    g.    affixing, applying, annexing or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent goods offered for sale or sold by Defendants as being those of Plaintiffs or in any way endorsed by Plaintiffs and from offering such goods in commerce;

    h.    otherwise unfairly competing with Plaintiffs;

    i.    using Plaintiffs' Marks, or any confusingly similar trademarks on e-commerce websites, within domain name extensions, metatags or other markers within website source code, from use on any webpage (including as the title of any web page), from any advertising links to other websites, from search engines' databases or cache memory, and any other form of use of such terms which are visible to a computer user or serves to direct computer searches to e-commerce stores, photo albums, websites, and/or Internet businesses registered by, owned, or operated by Defendants; and

    j.    effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth above.

(2)    Additional Equitable Relief:

    a.    Upon Plaintiffs' request, the Internet marketplace and image hosting website operators and/or administrators for the e-commerce stores and photo albums operating under the seller identification names identified on

Schedule "A" hereto ("Seller IDs"), including but not limited to Alibaba.com Hong Kong Limited, which operates the AliExpress.com platform, Dunhuang Group which operates the DHgate.com and DHPay.com platforms, Camel FinTech Inc, ContextLogic, Inc., which operates the Wish.com website, SIA Joom, which operates the Joom.com platform, eBay Inc., and Yupoo.com, shall permanently remove any and all listings and associated images of goods bearing and/or using counterfeits and/or infringements of Plaintiffs' Marks via the Seller IDs, and upon Plaintiffs' request, any other listings and images of goods bearing and/or using counterfeits and/or infringements of Plaintiffs' Marks associated with or linked to the same sellers or linked to any other alias e-commerce stores, seller identification names, photo albums, and user names being used and/or controlled by Defendants to promote, offer for sale and/or sell goods bearing and/or using counterfeits and/or infringements of Plaintiffs' Marks; and

b. Upon the Plaintiffs' request, Defendants and any Internet marketplace and image hosting website operator and/or administrator who is in possession, custody, or control of Defendants' goods bearing and/or using one or more of the Plaintiffs' Marks, including but not limited to Alibaba.com Hong Kong Limited, which operates the AliExpress.com platform, Dunhuang Group which operates the DHgate.com and DHPay.com platforms, Camel FinTech Inc, ContextLogic, Inc., which operates the Wish.com website, SIA Joom, which operates the Joom.com platform, eBay Inc., and Yupoo.com, shall permanently cease fulfillment of and sequester those goods, and surrender the same to Plaintiffs.

(3) Statutory damages in favor of Plaintiffs pursuant to 15 U.S.C. § 1117(c):

a. Award Plaintiffs damages of $1,000,000.00 against each Defendant, for which let execution issue, based upon the Court's finding that each Defendant infringed at least one trademark on one type of good. The Court considered both the willfulness of each Defendant's conduct and the deterrent value of the award imposed, and the award falls within the permissible statutory range of 15 U.S.C. § 1117(c).

(4) All funds currently restrained or held on account for all Defendants by all financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, including but not limited to, Alibaba.com Hong Kong Limited, which operates the AliExpress.com platform ("AliExpress"), Zhejiang Ant Small and Micro Financial Services Group Co., Ltd. ("Ant Financial Services"), AliPay (China) Internet Technology Co. Ltd., Alipay.com Co., Ltd.,

3

and Alipay Singapore E-Commerce Private Limited (collectively, "Alipay"), Dunhuang Group which operates the DHgate.com and DHPay.com platforms, Camel FinTech Inc, ContextLogic, Inc., which operates the Wish.com website ("ContextLogic"), SIA Joom, which operates the Joom.com platform ("Joom"), PayPal, Inc. ("PayPal"), and their related companies and affiliates, are to be immediately (within 5 business days), transferred by the previously referred to financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms and by Defendants, to Plaintiffs and/or Plaintiffs' counsel in partial satisfaction of the monetary judgment entered herein against each Defendant. All financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, including but not limited to, AliExpress, Ant Financial Services, Alipay, Dunhuang Group which operates the DHgate.com and DHPay.com platforms, Camel FinTech Inc, ContextLogic, Joom, PayPal, and their related companies and affiliates, shall provide to Plaintiffs at the time the funds are released, a breakdown reflecting the (i) total funds restrained in this matter per Defendant; (ii) total chargebacks, refunds, and/or transaction reversals deducted from each Defendant's funds restrained prior to release; and (iii) the total funds released per Defendant to Plaintiffs.

(5) Interest from the date of this judgment shall accrue at the legal rate. *See* 28 U.S.C. § 1961.

(6) The bond posted by Plaintiffs in the amount of $10,000.00 is hereby ordered released by the Clerk.

(7)      The Court retains jurisdiction to enforce this Judgment and permanent injunction.

(8)      Plaintiffs are ordered to serve a copy of this Order upon Defendants by providing the address to Plaintiffs' designated serving notice website to Defendants (a) via e-mail to the e-mail accounts provided by each Defendant as part of the data related to its e-commerce store and photo album, including customer service e-mail addresses and onsite contact forms, or via the e-commerce platform e-mail or image hosting website e-mail for each of the e-commerce stores and/or photo albums; and (b) by publicly posting a true and accurate copy of the foregoing on the Internet website appearing at http://servingnotice.com/VE3r4f/index.html.

(9)      This matter is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 28th day of March, 2022.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: counsel of record

## SCHEDULE "A"
## DEFENDANTS BY NUMBER, SELLER ID, STORE NUMBER, FINANCIAL ACCOUNT, AND INFRINGING PRODUCT NUMBER

| Def. No. | Defendant / Seller ID | Store Number / Financial Account | Infringing Product No. |
|---|---|---|---|
| 1 | Cekcya Store aka lingdazhang | 4647105 | 1005001388188463 |
| 2 | AKSR Sugarios Store | 4458033 | 1005001671095551 |
| 3 | MENNE Store aka yang1105 | Store No: 5382295 PayPal Account: 1139888401@qq.com | 1005001373521265 |
| 4 | CYDM Store | 5577199 | 10000058279129 |
| 5 | HGLI Store | 910342021 | 1005001358029806 |
| 6 | High quality cashmere female Store | 5058275 | 1005001321634139 |
| 7 | king-pro Store | 5883446 | 1005001485794334 |
| 8 | Shop5561007 Store | 5561007 | 10000119490798 |
| 9 | WENY Store | 4700002 | 4000428778020 |
| 10 | 88 little monkey 8 Store | 5366240 | 4000500288712 |
| 11 | a bag for happiness Store | 5073126 | 4000706329522 |
| 12 | Bag for Buyer Store | 4640195 | 33010973503 |
| 13 | Healthy Shopping Store | 2857079 | 4001322537347 |
| 14 | make friends Store | 5743088 | 4001073232635 |
| 15 | Agoodcoat | 21565385 | 566889684 |
| 16 | brand350 | 21540575 | 552979870 |
| 17 | Buyer666 | 21099787 | 472496177 |
| 18 | casualshop1314 | 21399967 | 510949515 |
| 19 | clotheshopstore | 21403610 | 501329955 |
| 20 | coatzheng | 21215839 | 547745710 |
| 21 | designershop0110 | 21403257 | 551449355 |
| 22 | designershop1112 | 21408754 | 510894310 |
| 23 | designershop1115 | 21408778 | 513824294 |
| 24 | designershop2010 | 21408776 | 552667417 |
| 25 | designershop2020 | 21562262 | 563350191 |
| 26 | designershop4603 | 21408768 | 512721174 |
| 27 | designershop7778 | 21408743 | 548185918 |
| 28 | dhreliablestore888 | 21211150 | 553861529 |
| 29 | di_girl | 21065054 | 459611544 |
| 30 | Didmore | 21281010 | 528261075 |
| 31 | docery | 21210815 | 506485847 |
| 32 | Fenfen0309 | 21193044 | 557040540 |
| 33 | givenchy999 | 512353444 | 21228280 |
| 34 | godmen | 21271486 | 494043477 |

| Def. No. | Defendant / Seller ID | Store Number / Financial Account | Infringing Product No. |
|---|---|---|---|
| 35 | happydh666 | 21102024 | 575746483 |
| 36 | Happygo8 | 20724386 | 425299382 |
| 37 | heyjames | 21000976 | 504125769 |
| 38 | hiphopboy | 21271153 | 544378025 |
| 39 | Hongyundangtou888 | 20277980 | 513904125 |
| 40 | hotbitch | 552302966 | 21545885 |
| 41 | jack998 | 20325018 | 476133181 |
| 42 | jingshan666 | 21207298 | 468323044 |
| 43 | Jiqiao | 20330247 | 472956380 |
| 44 | kids_gift | 21100619 | 507572319 |
| 45 | kk_tees | 21065300 | 517554861 |
| 46 | Luxuryaape | 21035312 | 415769272 |
| 47 | Mei_hairstyle | 20895183 | 444648899 |
| 48 | mingfeng899 | 20903551 | 570244520 |
| 49 | Myleisure | 21565165 | 566335672 |
| 50 | nasaspace | 21271488 | 544370536 |
| 51 | northface_tnf | 21175783 | 569172348 |
| 52 | onlove | 21019186 | 588487244 |
| 53 | qingfeng25 | 21573714 | 589574703 |
| 54 | seals168 | 14774582 | 591616872 |
| 55 | sepal01 | 21021768 | 503775165 |
| 56 | shamolvzhou | 21129316 | 595419508 |
| 57 | shirt_shop6688 | 13617463 | 463188523 |
| 58 | Sowangzhejk | 20354023 | 418162339 |
| 59 | Square1985 | 21135622 | 455249755 |
| 60 | streetfashion2020 | 21560579 | 561906429 |
| 61 | Suiyuan99 | 21161336 | 512901973 |
| 62 | topfashion2020 | 21562438 | 563366140 |
| 63 | topshop1311 | 21409004 | 506366548 |
| 64 | mens winter coats aka topshop1588 | 21465322 | 548174595 |
| 65 | xiaopingguo0202 | 21020787 | 504210642 |
| 66 | xinghuo1988 | 21004677 | 529372026 |
| 67 | xueqin985985 | 21455138 | 575353414 |
| 68 | yejianfeng2 | 20121185 | 447281616 |
| 69 | Yw69888 | 21145087 | 430192366 |
| 70 | zlq2018 | 21020533 | 425332628 |
| 71 | Air_force_store | 21447440 | 527206956 |
| 72 | Dh_stores | 21164270 | 565323183 |
| 73 | Dhgatetopmerchant | 20114553 | 373448732 |

7

| Def. No. | Defendant / Seller ID | Store Number / Financial Account | Infringing Product No. |
|---|---|---|---|
| 74 | KDshoe Store aka Fjzlm | 20635501 | 513477259 |
| 75 | lymington | 21546820 | 566102196 |
| 76 | Nk_vapormax | 21423083 | 516611278 |
| 77 | Nkgoodshoes002 | 21405533 | 523448836 |
| 78 | usonline | 21164032 | 567661760 |
| 79 | Wyl3 | 21220965 | 493785194 |
| 80 | buyyeezy | 21183609 | 622382052 |
| 81 | dongfangmingzhuok Store | 14499099 | 404223876 |
| 82 | Elanping | 21169691 | 439202980 |
| 83 | gfhyue | 21110108 | 580237295 |
| 84 | hd9988 | 501295682 | 21345323 |
| 85 | hotsaletrade | 20966875 | 411126371 |
| 86 | iyeezy500 | 21183239 | 622832667 |
| 87 | luxury11 | 21110824 | 580267633 |
| 88 | machoes | 21039202 | 596687396 |
| 89 | Morning0114 | 21051156 | 551492567 |
| 90 | monclair aka ogmine | 21595232 | 597258344 |
| 91 | Rose_king | 21228841 | 551491382 |
| 92 | rose28 | 21225871 | 556862172 |
| 93 | Shen_2018 | 20770972 | 424135116 |
| 94 | Chaussures pour homme aka shoespalace2018 | 20991237 | 578822846 |
| 95 | sneakerwei | 21214984 | 622381754 |
| 96 | xunwan | 20331243 | 489414444 |
| 97 | Gooddayitems | 3242165081 | 558279706 |
| 98 | ChaoJu666 | 5d4d2b4f7ad2424bc61d6bad | 5dda44f646f7f82613a3defb |
| 99 | chenjiaxiao | 5e22c6f129e7861bb04ce134 | 5fa128a4c26ad602342c35ea |
| 100 | daliaoj | 5d47cf8870327a2c43ef29f7 | 5df3047fb6690a057a5be799 |
| 101 | ultrapluss-brow | 5f94c1fe4c83b85e3417f985 | 5fa10af9752f1a9db4df7194 |
| 102 | zhanghelong880123 | 5de11132b696791871121f7c | 5fbc6e60209189cceaf4b80e |
| 103 | huanghaifen556 | 5d43dc1da5f07b4c13125092 | 5fc4c953deefd64e51da362e |
| 104 | Jerry Xia | 58f601ff01627a47892a2db9 | 5f2cf1835d4543003ab253b6 |
| 105 | KassandraTrevino | 59c48f7a8696be145b50a803 | 5b6d30cf2a188c1260503147 |
| 106 | nonooo | 5d413f20e13a7e1f57f663be | 5f61f904cb16e400551ab7cd |
| 107 | RAQUELss | 5f4f6ad6e82e1216e27e092f | 5f65f062a77045fe307fd5c2 |
| 108 | supermarket002 | 5949c3f18b96026b389d2244 | 5d43ede439d85007f8c1f543 |
| 109 | zhangjianjun | 583eeb56f097ec1b8a861212 | 5b6c4ea4f58f371248eb7f67 |
| 110 | auiquvshop | 5e969f51ca30692f55131f26 | 5f641e477e0b1a0040ef1313 |
| 111 | fanyitailing | 5d95992052e0246795bf9d22 | 5e00709f17fafd3a3983fb58 |

| Def. No. | Defendant / Seller ID | Store Number / Financial Account | Infringing Product No. |
|---|---|---|---|
| 112 | nsiueodeurh | 5e9585d2842d240641d12ed6 | 5ecf2cf81f309c26b3d50d9b |
| 113 | Onefenry Skirts | 5e9e790d86a50ed4fa1df7e8 | 5f7e7b80559c9f003ced0b4a |
| 114 | Xinemengbianli | 5d9163dcbffbb14190a52df7 | 5e33c0bcfca2f605eceb331d |
| 115 | youpinshang | 5cb54d738b2c370301b60548 | 5eedc9840ee4760106f699ee |
| 116 | chenguo1101 | laiyanfangde@163.com | |
| 117 | ken20151019 | chenguide@hotmail.com | |